

One Advantage, LLC
7789 NW 48th Street Suite #330
Doral, FL 33166
800-645-4382

STATEMENT DATE: 01/10/19
CREDITOR: Broward Health Coral Springs
ACCOUNT NAME: Feliz Angel
CREDITOR ACCOUNT #: 483315384
ACCOUNT #: 47106657
ACCOUNT BALANCE: $2,867.20

*See Reverse Side for Account Detail*

FELIZ ANGEL
7427 SW 152ND AVE APT 106
MIAMI, FL 33193-2361

Dear FELIZ ANGEL,

The above-referenced account has been placed with our company for collection. Please send the balance to One Advantage, LLC or contact us at 800-645-4382.

Please send your payment to the remit address shown below. The creditor account number(s) should be written on all correspondence and payments to ensure the proper handling and processing of your account.

PLEASE CALL OUR OFFICE AT 800-645-4382

Office Hours (Eastern Time Zone)
Monday - Friday 8am - 5pm Eastern

Send correspondence to: One Advantage, LLC 7789 NW 48th Street Suite #330, Doral, FL 33166

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

Page 1 of 2

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

ED-19010/MC0325- 213682267090    One Advantage, LLC • 7789 NW 48th Street Suite 330 • Doral, FL 33166   MC0325    3075/0001538/0007

47106657   IF PAYING BY CREDIT CARD, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT

☐ VISA  ☐ MasterCard  ☐ AmEx  ☐ Discover

CARD NUMBER _____   CCV# (Last 3 digits on back of card) _____

SIGNATURE _____   EXP DATE _____

7789 NW 48th Street Suite #330
Doral, FL 33166

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 01/10/19 | $2,867.20 | 483315384 |

SHOW AMOUNT PAID HERE $ _____

☐ Please check box if below address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

ADDRESSEE:
FELIZ ANGEL
7427 SW 152ND AVE APT 106
MIAMI, FL 33193-2361

5298

REMIT TO:
Broward Health Coral Springs
P.O. Box 932540
Atlanta, GA 31193-2540

One Advantage, LLC  800-645-4382