UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:19-cv-24608-KMW

ANGEL FELIZ,

    Plaintiff,

vs.

ONE ADVANTAGE, LLC,

    Defendant.

_____/

**DEFENDANT ONE ADVANTAGE, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant One Advantage, LLC ("Defendant"), hereby provides the following corporate disclosure statement:

Defendant is wholly owned by Firstsource Business Process Services, LLC, which in turn is wholly owned by Firstsource Group USA, Inc., which in turn is wholly owned by Firstsource Solutions, Ltd, a limited liability company organized under the laws of India and publicly traded in India.

Date: December 17, 2019

                              Respectfully submitted,

                              FIELDS HOWELL LLP
                              Attorneys for the Defendant, One Advantage, LLC
                              9155 So. Dadeland Blvd.
                              Suite 1012
                              Miami, FL 33156
                              Tel: (786) 870-5600

Fax: (855) 802-5821

By: */s/ Armando P. Rubio*
　　Armando P. Rubio, Esq.
　　Florida Bar No. 478539
　　arubio@fieldshowell.com
　　aduarte@fieldshowell.com