UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-cv-24608-KMW

ANGEL FELIZ,

    Plaintiff,

vs.

ONE ADVANTAGE, LLC

    Defendant.

_____/

## **SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

THIS MATTER is set for trial for the week of January 11, 2021. The Parties propose to adhere to the following schedule:

**January 21, 2020** — The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information.

**February 28, 2020** — The Parties shall file motions to amend pleadings or join Parties.

**August 3, 2020** — The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2).

| | |
|---|---|
| **September 1, 2020** | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **October 5, 2020** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **October 30, 2020** | The Parties shall complete all discovery, including expert discovery. |
| **November 20, 2020** | The Parties shall complete mediation and file a mediation report with the Court. |
| **November 20, 2020** | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and  Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or any another basis. |

| | |
|---|---|
| **December 4, 2020** | The Parties shall each file one motion in limine. All motions in limine must be filed at least six (6) weeks before calendar call. |
| **December 31, 2020** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| **November 30, 2020** | The Parties shall submit their deposition designations. |

Submitted this _8th_ day January, 2019.

Respectfully Submitted,

| | |
|---|---|
| THE LAW OFFICES OF JIBRAEL S. HINDI<br>Attorneys for Plaintiff<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, FL 33301<br>Tel: 954-907-1136<br>Fax: 855-529-9540<br><br>By:__/s/ Jibrael S. Hindi_____<br>   Jibrael S. Hindi, Esq.<br>   Florida Bar No. 118259<br>   jibrael@jibraellaw.com<br>   Thomas J. Patti, Esq.<br>   Florida Bar No: 118377<br>   Email: Tom@jibraellaw.com | FIELDS HOWELL LLP<br>Attorneys for Defendant<br>9155 South Dadeland Blvd.<br>Suite 1012<br>Miami, FL 33156<br>Tel: (786) 870-5600<br>Fax: (855) 802-5821<br><br>By:_/s/Armando P. Rubio _____<br>   Armando P. Rubio, Esq.<br>   Florida Bar No. 478539<br>   arubio@fieldshowell.com<br>   gbauza@fieldshowell.com<br>   aduarte@fieldshowell.com |